UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-81422-MARRA

ERIC ROGERS,

Plaintiff,

vs.

CATCH SEAFOOD
RESTAURANT, INC. and
KIR BOYNTON, L.P.,

Defendants.

_________________________________/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, ERIC ROGERS ("Plaintiff") and Defendant, KIR BOYNTON, L.P. ("Defendant") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims against the Defendant in the above-styled action. Each party to bear their own fees and costs

Respectfully submitted this 1st day of December, 2015.

/s/ Douglas S. Schapiro, Esq.
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com

/s/ Karen Ann Brimmer
Karen Ann Brimmer, Esq.
Fla. Bar # 236470
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard, Suite 400
Coral Gables, FL  33134
Phone (305) 358-7747
Fax: (305) 577-1063
Email: kbrimmer@hinshawlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2015, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com